## STATE OF CONNECTICUT *v.* NESTOR O.
## (AC 33384)

Lavine, Sheldon and Pellegrino, Js.

Argued October 18—officially released November 13, 2012

Per Curiam. The judgment is affirmed.

## MARGARITA OLIVA SAINZ DE AJA
## *v.* FERNANDO GABRIEL IRAZU
## (AC 34364)

Beach, Robinson and Alvord, Js.

Submitted on briefs October 12—officially released November 13, 2012

Per Curiam. The judgment is affirmed.

## WILLIAM S. MADORE *v.* COMMISSIONER
## OF CORRECTION
## (AC 32968)

Beach, Robinson and Alvord, Js.

Submitted on briefs October 12—officially released November 13, 2012

Per Curiam. The appeal is dismissed.